USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM MARMORSTEIN,

               Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

               Defendant.

No. 20-CV-6467 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    Plaintiff filed his Complaint on August 14, 2020. Dkt. 1. On September 8, 2020, Plaintiff filed an affidavit averring that Defendant was served on August 24, 2020. Dkt. 7. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by October 28, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by November 11, 2020.

    The initial conference presently scheduled for October 16, 2020, Dkt. 6, is hereby adjourned *sine die*.

    Plaintiffs shall serve a copy of this Order on Defendants by October 14, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    October 7, 2020
          New York, New York

                                              Ronnie Abrams
                                              United States District Judge